UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PIERO A. BUGONI, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:21-CV-394-M** |
| BACKGROUND CHECKERS, AND ) | |
| PBSA, ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that, upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, the complaint is DISMISSED.

This Judgment filed and entered on November 17, 2023, and copies to:
Piero A. Bugoni     (Sent to 160 Camino Real #191 Boca Raton, FL 33432 via US Mail)

November 17, 2023                    PETER A. MOORE, JR.
                                     Clerk of Court


                                     By: /s/ Nicole Sellers
                                         Deputy Clerk